**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**ROBERT BARROCA**, et al.,

      Plaintiffs,

      v.

**BUREAU OF PRISONS**, et al.,

      Defendants.

No.: 1:18-cv-2740-JEB

**JOINT MOTION TO HOLD CASE IN ABEYANCE PENDING ANTICIPATED MOTION TO REMAND THE CASE TO THE BUREAU OF PRISONS**

On April 23, 2019, Plaintiffs filed a Second Amended Complaint in this case.  Second Am. Compl., ECF No. 12.  The Second Amended Complaint contains new factual allegations pertaining to the First Step Act, Pub. L. No. 115-391, *Id.* ¶ 131, and the proposed Fiscal Year 2020 Budget released by the Administration.  *Id.* ¶¶ 133-134.  In addition, it contains a new claim that the Bureau of Prisons should be required to conduct a supplemental environmental analysis, based in part, on the new factual allegations.  *Id.* ¶¶ 183-186.

On June 5, 2019, the Acting Director of the Bureau of Prisons withdrew the Record of Decision (ROD) regarding the proposal by the Bureau of Prisons to acquire a site up to 800 acres in size, and construct and operate a U.S. Penitentiary and Federal Prison Camp in Letcher County, Kentucky.  ECF No. 15-2.  The withdrawal of the ROD was subsequently published in the Federal Register on June 20, 2019.  84 Fed. Reg. 28,858 (June 20, 2019).  The withdrawal states that it is based upon new information that may be relevant to the environmental analysis for the proposed action and was done "in order to more fully evaluate the new information."  *Id.*

The ROD that was withdrawn on June 5, 2019 is the same ROD that Plaintiffs challenge in this lawsuit.  *See* Second Am. Compl. ¶ 1.  To allow the Parties to confer as to the status of

JOINT MOT. TO HOLD CASE IN ABEYANCE     1

this case in light of the withdrawal, on June 27, 2019, Defendants moved for, and Plaintiffs

consented to, a third extension of the deadline to file a response to the Second Amended

Complaint.  ECF No. 15.  This Court granted that request the same day.

The Parties have since conferred as to the status of the case and agree that Defendants'

filing a response to the Second Amended Complaint is not the appropriate next step given the

withdrawn status of the ROD.  The Parties are currently discussing the appropriate next steps in

the case, including a request for a remand back to the agency.

For all of the foregoing reasons, the Parties hereby jointly request that the Court hold this

case in abeyance for 30 days to allow the Parties to discuss next steps and prepare appropriate

corresponding motions.

Respectfully submitted this 18th day of July 2019.

| | |
|---|---|
| */s/ Dustin McDaniel* | LAWRENCE VANDYKE |
| Dustin McDaniel (Pa. Bar No. 314618) | Deputy Assistant Attorney General |
| Abolitionist Law Center | Environment & Natural Resources Division |
| P.O. Box 8654 Pittsburgh, PA 15221 | |
| Telephone: (412) 651-7485 | */s/ Sean C. Duffy* |
| dsm@abolitionistlawcenter.org | SEAN C. DUFFY, NY Bar # 4103131 |
| | Trial Attorney |
| | Natural Resources Section |
| */s/ Emily H. Posner* | P.O. Box 7611 |
| Emily H. Posner (La. Bar No. 35284) | Washington, D.C. 20044-7611 |
| 7214 St. Charles Box 913 | (202) 305-0445 |
| New Orleans, Louisiana 70118 | sean.c.duffy@usdoj.gov |
| Phone: (225) 746-8820 | |
| emilyposnerlaw@gmail.com | *Attorneys for Federal Defendants* |

*Attorney for the Inmate Plaintiffs*

*/s/ Alexander "Sascha" Bollag*
Alexander "Sascha" Bollag (La. Bar No. 34447)
515 Short St.
New Orleans, LA 70118
Phone: (919) 923-5973
Email: sbollag@greenjusticelegal.org

JOINT MOT. TO HOLD CASE IN ABEYANCE        2

Pending Admission Pro Hac Vice

*/s/ Marianne Cufone*
Marianne Cufone (La. Bar No. 34864)
515 Short St.
New Orleans, Louisiana 70118
Phone: (813) 785-8386
Email: mcufone@greenjusticelegal.org
Pending Admission Pro Hac Vice

*Attorneys for Abolitionist Law Center and Friends
of the Lilley Cornett Woods and the North Fork
River Watershed*