IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT BARROCA**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**BUREAU OF PRISONS**, et al.,<br><br>Defendants. | No.: 1:18-cv-2740-JEB<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and this Court's August 20, 2019 Minute Order, Plaintiffs hereby submit this Stipulation of Dismissal.

On June 5, 2019, the Acting Director of the Bureau of Prisons withdrew the Record of Decision (ROD) regarding the proposal by the Bureau of Prisons to acquire a site up to 800 acres in size, and construct and operate a U.S. Penitentiary and Federal Prison Camp in Letcher County, Kentucky based upon new information that may be relevant to the environmental analysis for the proposed action "in order to more fully evaluate the new information."  84 Fed. Reg. 28,858 (June 20, 2019).  The ROD is the agency action challenged in this case.

The Parties have conferred and agree that the Complaint should therefore be dismissed, and hereby stipulate to dismiss this case.

Respectfully submitted this 4th day of September, 2019.

| | |
|---|---|
| */s/ Dustin McDaniel*<br>Dustin McDaniel (Pa. Bar No. 314618)<br>Abolitionist Law Center<br>P.O. Box 8654 Pittsburgh, PA 15221<br>Telephone: (412) 651-7485<br>dsm@abolitionistlawcenter.org | LAWRENCE VANDYKE<br>Deputy Assistant Attorney General<br>Environment & Natural Resources Division |

STIPULATION OF DISMISSAL             1

*/s/ Emily H. Posner*
Emily H. Posner (La. Bar No. 35284)
7214 St. Charles Box 913
New Orleans, Louisiana 70118
Phone: (225) 746-8820
emilyposnerlaw@gmail.com

*Attorney for the Inmate Plaintiffs*

*/s/ Alexander "Sascha" Bollag*
Alexander "Sascha" Bollag (La. Bar No. 34447)
515 Short St.
New Orleans, LA 70118
Phone: (919) 923-5973
Email: sbollag@greenjusticelegal.org

*/s/ Marianne Cufone*
Marianne Cufone (La. Bar No. 34864)
515 Short St.
New Orleans, Louisiana 70118
Phone: (813) 785-8386
Email: mcufone@greenjusticelegal.org

*Attorneys for Abolitionist Law Center and Friends of the Lilley Cornett Woods and the North Fork River Watershed*

*/s/ Sean C. Duffy*
SEAN C. DUFFY, NY Bar # 4103131
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*